## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:19-cv-00719

**Todd J. Bishop**

,

**v.**

**Kevin W. Clore**

.

## MOTION TO WITHDRAW

Plaintiff, Todd J. Bishop, by and through his attorneys, McDivitt Law Firm, hereby moves the Court for an Order allowing undersigned counsel to withdraw from this case, and in support, states the following:

1. Stephen Longo, Esq. is currently counsel of record for Plaintiff.

2. Mr. Longo has recently resigned his employment with McDivitt Law Firm.  Mr. Longo's resignation requires his withdrawal of appearance in connection with all his cases pending before this court in which he has entered an appearance as counsel of record.

3. Plaintiff will continue to be represented by Edward Lomena, Esq. of McDivitt Law Firm and, as such, Plaintiff will continue to have adequate representation in this matter.

4. As Plaintiff will continue to be represented by other attorneys associated with McDivitt Law Firm, none of the parties will be prejudiced by the withdrawal of

Mr. Longo, and no delay to this litigation will be caused by the granting of this motion.

**WHEREFORE,** having demonstrated good cause, undersigned counsel, Stephen Longo, Esq., respectfully requests that this court enter an Order permitting his withdrawal as counsel of record to Plaintiff.

Dated this 11th day of July, 2019.

*[signature: Edward L.]*

Edward Lomena, Esq., #45899
McDivitt Law Firm, PC
19 E Cimarron Street, Colorado Springs, CO 80903
Telephone: 719.471.3700
E-mail: litigation@mcdivittlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing Motion to Withdraw was served via CM/ECF upon the following on this 11th day of July, 2019.

J. Ryan Johnson
Daniel James Bristol
Hall & Evans, LLC
1001 Seventeenth Street
Suite 300
Denver, CO 80202
Attorneys for Defendant

                                       s/ *Stacey Potts*

                                         Stacey Potts, Litigation Paralegal
                                         McDivitt Law Firm, PC